UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:22-mj-02923 Damian

UNITED STATES OF AMERICA

vs.

DANIEL LESIN,

    Defendant.
_____/

## MOTION TO SEAL

NOW COMES the United States of America, by and through its undersigned attorney, and respectfully requests that the application, affidavit, warrant, and any resulting order be SEALED until further order of this court, excepting the United States Attorney's Office which may obtain copies of the affidavit, arrest warrant, or other sealed document for purposes of execution, return, or any other necessary cause. At present, the target of this investigation conducts extensive national and international travel. Additionally, there are subjects of the investigation that will not be arrested at the time the arrest warrant is executed. Should knowledge of the facts underlying the application for this warrant become public, the target and subjects of the investigation may flee their present location, endeavor to avoid arrest, secret proceeds of the crimes, and destroy evidence.

Dated: May 29, 2022.

                                        Respectfully submitted,

                                        JUAN ANTONIO GONZALEZ
                                        UNITED STATES ATTORNEY

                       BY:   /s/ Roger Cruz
                              ROGER CRUZ
                              Assistant United States Attorney
                              Florida Bar No. 157971
                              99 Northeast Fourth Street, Suite 400
                              Miami, Florida 33132
                              Tel: (305) 961-9207
                              Fax: (305) 530-7976
                              E-mail: Roger.Cruz@usdoj.gov