UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:22-mj-02923 Damian

UNITED STATES OF AMERICA

vs.

DANIEL LESIN,

    Defendant.
_____/

## SEALED ORDER

The United States of America, having applied to this Court for an Order sealing the arrest warrant application, affidavit, arrest warrant, and this order and the Court finding good cause:

IT IS HEREBY ORDERED that the arrest warrant application, affidavit, arrest warrant, and this order shall be filed under seal until further order of this Court, however, the United States Attorney's Office may obtain copies of the arrest warrant application, affidavit, and arrest warrant, or other sealed document for purposes of execution, or any other necessary cause.

DONE AND ORDERED in chambers at Miami, Florida, this 29th day of May, 2022.

HONORABLE MELISSA DAMIAN
UNITED STATES MAGISTRATE JUDGE